AO 93 (Rev. 11/13) Search and Seizure Warrant

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

# UNITED STATES DISTRICT COURT

MAY 0 5 2016

for the
District of New Mexico

MATTHEW J. DYKMAN
CLERK

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
)  Case No.
3834 Pedroncelli Road NW )
Albuquerque, New Mexico )    16 mr 345
)

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ New Mexico _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before  May 16, 2016  *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Steven C. Yarbrough _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 5/3/16  11:25 AM

_____
Judge's signature

City and state:    Albuquerque, New Mexico          Steven C. Yarbrough, United States Magistrate Judge
                                                    *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 16mr345 | 05/03/2016 11:26 am | Vanessa Torrez (wife of defendant) |

Inventory made in the presence of :
FBI agents, BCSO detectives, and Vanessa Torrez (wife of defendant)

Inventory of the property taken and name of any person(s) seized:

One newly issued Arizona driver's license in the name of Leroy TORREZ, bearing an address in Yuma, AZ.

No other items were seized.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  05/03/2016

*Executing officer's signature*

Bryan Acee, FBI Special Agent
*Printed name and title*

ATTACHMENT A
Premises to be Searched

The premise is located at **3834 Pedroncelli Road NW, Albuquerque, New Mexico** and can be described as a single story residence, tan in color, with white and brown trim, the numbers "3834" are posted on the front of the house.

The search is to include all rooms, attics, trash containers, and other parts of the Subject Premises. A color photograph of the Subject Premises has been attached hereto and incorporated herein.



ATTACHMENT B
Person/Property to be Seized

1. the person known as **LEROY E. TORREZ**, date of birth of 07/09/1975, who appears in the photo below, and is believed to be currently residing at **3834 Pedroncelli Road NW, Albuquerque, New Mexico**;



2. *should defendant not be at the described location when the warrant is served:* documentation that tends to lead to the whereabouts of the defendant, to include, but not limited to personal calendars, appointment books, telephone books, address books, notes, notebooks, photographs, phone messages, credit card receipts, credit card billing statements, bank receipts, check receipts, telephone statements, hotel or motel receipts, room keys, business cards, travel itinerary, restaurant receipts, airplane tickets or mail addressed to the defendant.